**Order filed October 25, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00538-CV**
_____

**CHRISTOPHER TOOD WHITEHEAD, Appellant**

**V.**

**CLIFFORD WAYNE SWALLOW, Appellee**

---

**On Appeal from the 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 22,972**

---

## O R D E R

Appellant's brief was due September 17, 2012. No brief or motion for extension of time has been filed.

Unless appellant files his brief with the clerk of this court on or before **November 9, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM